[No. 12638–5–I. Division One. December 27, 1983.]

*In the Matter of the Marriage of* VONNIE M. ESTEP, *Appellant, and* HARRY E. ESTEP, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–3–02790–5, Dennis J. Britt, J.,

entered December 27, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.